UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, | No. 2:16-cv-01092-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| TEC CONSTRUCTION SERVICES, INC., et al., | |
| Defendants. | |

Plaintiff Allied World Insurance Company filed a complaint on May 20, 2016. ECF No. 1. Each defendant filed an answer on June 22, 2016, none represented by counsel. ECF Nos. 11–14. The defendants include two corporations, TEC Construction Services, Inc., and Eternity Challenge, Inc. *See* Compl. ¶¶ 5–6; TEC Answer at 2, ECF No. 11; Eternity Answer at 2, ECF No. 12.

"A corporation may appear in federal court only through licensed counsel." *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam); *accord* E.D. Cal. L.R. 183(a) ("A corporation or other entity may appear only by an attorney."). The court may enter default against any corporation that appears without an attorney. *High Country*, 3 F.3d at 1245.

1

Within thirty days, TEC and Eternity shall retain licensed counsel. If they do not, the court will enter their default.

IT IS SO ORDERED.

DATED: June 27, 2016

_____
UNITED STATES DISTRICT JUDGE