UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>TEC CONSTRUCTION SERVICES, INC., et al.,<br><br>             Defendants. | No. 2:16-cv-01092-KJM-KJN<br><br>ORDER |

Plaintiff Allied World Insurance Company (Allied) filed a complaint and application for right to attach order in May and June 2016. ECF Nos. 1, 2, 5. A hearing on Allied's application is currently set for July 29, 2016. ECF No. 10. Each defendant filed an answer on June 22, 2016, none represented by counsel. ECF Nos. 11–14. The individual defendants, Merlyn F. Lund and Nancy T. Lund, request that the July 29 hearing be continued to allow them to retain counsel. ECF No. 17. No party opposed this request. The hearing on Allied's application for right to attach order is therefore **continued** to **August 26, 2016 at 10:00 a.m. in Courtroom Three**.

IT IS SO ORDERED.

DATED: July 6, 2016

_____
UNITED STATES DISTRICT JUDGE

1