UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>      v.<br><br>TEC CONSTRUCTION SERVICES, INC., et al.,<br><br>                    Defendants. | No. 2:16-cv-01092-KJM-KJN<br><br>ORDER |

On August 18, 2016, plaintiff Allied World Insurance Company notifed the court that defendants Tec Construction Services, Inc. (Tec Construction) and The Eternity Challenge, Inc. (Eternity Challenge) have each filed Chapter 7 bankruptcy petitions on August 11, 2016.  Notice, ECF No. 19 at 1.  Plaintiff received notice of the filings on August 17, 2016.  *Id.* at 1–2.  The two remaining defendants, Merlyn F. Lund and Nancy T. Lund, have not filed bankruptcy petitions.

Accordingly, the case is automatically stayed as to defendants Tec Construction and Eternity Challenge only.  11 U.S.C. § 362(a); *see also The Minoco Grp. Of Cos. v. First State Underwriters Agency of New England Reinsurance Corp.*, 799 F.2d 517, 520 (9th Cir. 1986).  Plaintiff and defendants Tec Construction and Eternity Challenge are directed to update the court on the status of the bankruptcy proceedings with joint status reports every sixty (60) days.

IT IS SO ORDERED.

DATED:  August 23, 2016

                                  UNITED STATES DISTRICT JUDGE