# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a Delaware corporation<br><br>Plaintiff,<br>v.<br><br>TEC CONSTRUCTION SERVICES, INC., a California corporation; THE ETERNITY CHALLENGE, INC., a California corporation; MERLYN F. LUND, an individual; NANCY T. LUND, an individual,<br><br>Defendants. | CASE NO. 2:16-cv-01092-KJM-KJN<br><br><br><br>**ORDER OF DISMISSAL** |

IT IS ORDERED that the complaint of plaintiff Allied World Insurance Company is dismissed without prejudice as to defendants TEC Construction Services, Inc., and The Eternity Challenge, Inc. pursuant to Rule 41(a.)

DATED: November 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

- 1 -